# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KIMBERLY JONES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-CV-00212-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2014, Order.

Signed: August 27, 2014

Frank G. Johns, Clerk
United States District Court